
FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>Chaoyi Le,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:17-mj-02045-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _August 16_____, _2017___, at _4:30_____ ☐ a.m. / ☒ p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _341_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _August 14, 2017_         _____
U.S. ~~District Judge~~/Magistrate Judge